UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Robert Cartwright,

           Plaintiff,        Case No. 22-cv-13003

v.                                  Judith E. Levy
                                  United States District Judge

Housing Specialists Inc.,
                                  Mag. Judge David R. Grand

           Defendant.

_____/

## ORDER OF DISMISSAL

Before the Court is Plaintiff Robert Cartwright's motion to dismiss the case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 9.) Plaintiff's counsel "certifies that Counsel for Defendant [Housing Specialists Inc.] consents to this motion." (*Id.* at PageID.36.) Accordingly,

IT IS ORDERED that Plaintiff's motion to dismiss is granted. This action is dismissed with prejudice and with each party to bear their own costs.

IT IS SO ORDERED.

Dated: May 5, 2023                          s/Judith E. Levy

Ann Arbor, Michigan          JUDITH E. LEVY
                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 5, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager
